MOTORISTS MUTUAL INSURANCE COMPANY, APPELLEE AND CROSS-APPELLANT,
*v.* NUSSBAUM ET AL., APPELLANTS AND CROSS-APPELLEES.

[Cite as *Motorists Mut. Ins. Co. v. Nussbaum*
(1996), 75 Ohio St.3d 1211.]

(No. 95–109—Submitted at the New Philadelphia Session
April 17, 1996—Decided May 29, 1996.)

*Day, Ketterer, Raley, Wright & Rybolt* and *Merle D. Evans III,* for appellee
and cross-appellant.

*Scanlon & Gearinger Co., L.P.A.,* and *Maura E. Scanlon,* for appellants and
cross-appellees.

The appeal and cross-appeal are dismissed, *sua sponte,* as having been
improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY and STRATTON, JJ., concur.

MOYER, C.J., PFEIFER and COOK, JJ., dissent and would affirm the judgment of
the court of appeals.